UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRILL LYNCH PIERCE FENNER & SMITH, INC., | : : : | CIVIL ACTION CASE NO. 3:02-cv-01698-DJS |
| Plaintiff, | : : | |
| v. | : : | |
| ROSEMARIE E. JOHNSTONE, | : : | |
| Defendant. | : | JANUARY 25, 2005 |

### MOTION FOR RETURN OF PROPERTY

Plaintiff, Merrill Lynch Pierce Fenner & Smith, Inc., in the above-mentioned matter, hereby moves that the Court return the Preliminary Injunction Bond in the amount of $25,000.00.  This matter was dismissed by Order of Dismissal dated December 4, 2002.

_____

Anthony R. Minchella (ct18890)

Law Office of Anthony R. Minchella, L.L.C.
530 Middlebury Road, Suite 203-204B
Middlebury, CT  06762
(203) 758-1069 (Telephone)
(203) 758-2074 (Facsimile)
anthonyminchella@sbcglobal.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was this date mailed by first class United States mail, postage prepaid, to the following:

Joshua A. Hawks-Ladds, Esq.
Pullman & Comley
90 State House Square
Hartford, CT  06103-3702

Dated:  January 25, 2005

                                      Anthony R. Minchella